RECEIVED

JUL 2 4 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER J. ONEZINE | CIVIL ACTION NO. 6:11-cv-0116 |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| CLIFFORD VALARE, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this civil rights action is **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure, and alternatively, on the merits for failing to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 24 day of July, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE